IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:10CR141 |
| ) | |
| v. ) | |
| ) | |
| PABLO ADAME AGUIRRE, ) | ORDER |
| ) | |
| Defendant. ) | |

Before the court are (1) material witness Eduardo Gomez Herez's Motion to Take Deposition (Filing No. 52) and (2) the government's Motion for Release of Material Witnesses (Filing No. 53). After considering the matter, the court finds as follows:

1. By oral agreement of the parties, material witness Eduardo Gomez Herez's Motion to Take Deposition (Filing No. 52) is denied as moot.

2. The government's Motion for Release of Material Witnesses (Filing No. 53) is granted. The court orders the release of Francisco Salmoran Lopez and Eduardo Gomez Herez from the U.S. Marshal's Service into the custody of the U.S. Bureau of Immigration and Customs Enforcement pursuant to the agency's detainers on these individuals.

SO ORDERED.

DATED this 18th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.